# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JANET MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-12-00012-D |
| ) | |
| AMERICAN GENERAL LIFE ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned counsel for the Plaintiff and the Defendant hereby jointly stipulate to the dismissal of the above-styled action with prejudice.

Respectfully Submitted,

*s/ Jason A. Ryan*
PHILLIP G. WHALEY, OBA # 13371
JASON A. RYAN, OBA # 18824
CHANCE L. PEARSON, OBA # 22269
RYAN WHALEY COLDIRON
SHANDY PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73120
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
Email: jryan@ryanwhaley.com

ATTORNEYS FOR PLAINTIFF

*s/ Andrew M. Bowman*
*(Signed by Filing Attorney with Permission of Defendant Attorney)*
LARRY D. OTTAWAY, OBA # 6816
MICHAEL T. MALOAN, OBA # 15097
ANDREW M. BOWMAN, OBA # 22071
FOLIART, HUFF, OTTAWAY & BOTTOM
201 Robert S. Kerr Ave., 12th Floor
Oklahoma City, OK 73102
Telephone: 405-232-4633
Facsimile: 405-232-3462
Email: andrewbowman@oklahomacounsel.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of February, 2013, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Larry D. Ottaway – **larryottoway@oklahomacounsel.com**
Michael T. Maloan – **michaelmaloan@oklahomacounsel.com**
Andrew Bowman – **andrewbowman@oklahomacounsel.com**

s/Jason A. Ryan